# Exhibit 1

[FILED UNDER SEAL]



**ROCHESTER**
950 WEST UNIVERSITY DR. SUITE 300
ROCHESTER, MI 48307
248-841-2200 | WWW.MILLER.LAW

Sharon S. Almonrode
ssa@millerlawpc.com

May 23, 2022                                                                                               *Via E-Mail*

M. Annie Santos
HINSHAW & CULBERTSON LLP
333 South Seventh St., Suite 2000
Minneapolis, MN 55402
asantos@hinshawlaw.com

**Re: *Chen, et al. v. Target Corp.*, 21-cv-1247 (D. Minn.) – Invitation to Mediate**

Dear Counsel,

In his ruling regarding Target's motion to dismiss, Judge Frank strongly encouraged the parties to engage in settlement discussions. Plaintiffs believe that mediated settlement discussions would be most productive. If Target is willing to participate in such discussions, we would be happy to exchange proposals regarding timing and potential mediators to assist with those negotiations.

Please let us know your thoughts as soon as possible.

Sincerely,

**THE MILLER LAW FIRM, P.C.,**

*Sharon S. Almonrode*
Sharon S. Almonrode

**CONFIDENTIAL PURSUANT TO F.R.E. 408**