*Shukai Chen, et al.*

*v.*

*Target Corporation*

Court File No.: 21-cv-1247 (DWF/DJF)

Exhibit 14
to Declaration of Annie Santos in Support of Target Corporation's Opposition to Plaintiffs' Motion to Enforce Settlement Agreements

(Filed Under Seal)

1040927\308691584.v1

**Santos, M. Annie**

| | |
|---|---|
| **From:** | MNDdb_Schultz_Chambers <Schultz_Chambers@mnd.uscourts.gov> |
| **Sent:** | Friday, September 09, 2022 4:11 PM |
| **To:** | Santos, M. Annie; Sharon S. Almonrode |
| **Cc:** | MNDdb_Schultz_Chambers; craig_dhhlawfirm.com; David Cialkowski; Ian McFarland; donald_dhhlawfirm.com; Bilal A. Essayli; Silverman, Ellen B.; Weller, Jennifer; Andrew Brown; Dennis A Lienhardt; Zopelis, Heather |
| **Subject:** | RE: Chen v Target, CA No. 21-cv-1247  Defendant's Request for Conference Call |

# *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Counsel –

Please meet and confer prior to the 9/15 conference.
This is a conference/status meeting *not* a motion hearing.


Regards,
Terianne Bender
Courtroom Deputy to
Hon. David T. Schultz
612-664-5460


---

**From:** Santos, M. Annie <ASantos@hinshawlaw.com>
**Sent:** Thursday, September 8, 2022 6:35 PM
**To:** Sharon S. Almonrode <ssa@millerlawpc.com>
**Cc:** MNDdb_Schultz_Chambers <Schultz_Chambers@mnd.uscourts.gov>; craig_dhhlawfirm.com <craig@dhhlawfirm.com>; David Cialkowski <David.Cialkowski@zimmreed.com>; Ian McFarland <Ian.McFarland@zimmreed.com>; donald_dhhlawfirm.com <donald@dhhlawfirm.com>; Bilal A. Essayli <bessayli@essaylibrown.com>; Silverman, Ellen B. <ESilverman@hinshawlaw.com>; jweller_hinshawlaw.com <jweller@hinshawlaw.com>; Andrew Brown <abrown@essaylibrown.com>; Dennis A Lienhardt <DAL@millerlawpc.com>; Zopelis, Heather <hzopelis@hinshawlaw.com>
**Subject:** Re: Chen v Target, CA No. 21-cv-1247 Defendant's Request for Conference Call

**CAUTION - EXTERNAL:**



Dear Magistrate Judge Schultz:

We respectfully disagree with Ms. Almonrode and have attempted to confer with Plaintiffs' counsel on several occasions to no avail. I welcome the opportunity to meet and confer with Ms. Almonrode as she requests prior to the September 15 conference call.

Respectfully,

Annie Santos
Hinshaw & Culbertson LLP
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
DD: 612.334.2540

On Sep 8, 2022, at 5:14 PM, Sharon S. Almonrode <ssa@millerlawpc.com> wrote:

# *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Dear Magistrate Judge Schultz:

We do not have an adequate understanding of what specific issues Defendant intends to raise in this conference call as we have not been served with any motion and there has been no telephonic meet and confer. Counsel for Plaintiffs will, therefore, be unable to adequately prepare for this hearing. Plaintiffs respectfully request that the hearing be taken off the calendar until Defendant has presented Plaintiffs, pursuant to LR 7.1(a), with the specific issues it intends to raise by way of motion, including the specific relief it will seek.

Thank you.

Sharon S. Almonrode
Interim Lead Counsel, *Chen v Target*
The Miller Law Firm, P.C.
950 West University Drive
Rochester, MI 48307
248-841-2200
ssa@millerlawpc.com

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.