UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shukai Chen, et al., | Case No. 21-cv-1247 (DWF/DJF) |
| Plaintiffs, | |
| v. | **DEFENDANT TARGET CORPORATION'S MOTION TO COMPEL** |
| Target Corporation, | |
| Defendant. | |

Defendant Target Corporation moves this Court for an order compelling Plaintiffs to supplement certain deficient interrogatory responses pursuant to Rules 33 and 37 of the Federal Rules of Civil Procedure.

This motion is based on the memorandum of law and accompanying documents filed pursuant to Local Rule 7.1, any further evidence and argument to be presented at or before the hearing before the Court, and all of the files, records, and proceedings herein.

Dated: July 13, 2023          **GREENE ESPEL PLLP**

                             *s/Erin R. Emory*
Sybil L. Dunlop, Reg. No. 0390186
Erin R. Emory, Reg. No. 0401215
Aaron P. Knoll, Reg. No. 0393066
Jeya Paul, Reg. No. 0386950
Faris A. Rashid, Reg. No. 0391508
222 S. Ninth Street, Suite 2200
Minneapolis, MN 55402
sdunlop@greeneespel.com
eemory@greeneespel.com
aknoll@greeneespel.com
jpaul@greeneespel.com
frashid@greeneespel.com
(612) 373-0830

Attorneys for Target Corporation