

**GREENE ESPEL** PLLP

Sybil L. Dunlop
612-373-8345 *direct*
sdunlop@greeneespel.com

January 30, 2024

***VIA ECF FILING***

The Honorable Dulce J. Foster
United States District Court for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415
foster_chambers@mnd.uscourts.gov

    Re:    *Shukai Chen, et al. v. Target Corporation*
            Court File No. 21-cv-1247 (DWF/DJF)

Dear Judge Foster:

    Under the Court's Order at ECF 190, the parties file this joint status update letter following their mediation on January 23, 2024. The parties have resolved the dispute. The parties currently anticipate needing 30 days to document the resolution. As a result, the parties respectfully request a further stay of this case until February 29, 2024, at which point the parties will file a joint status update letter and/or dismissal papers.

                                Very truly yours,

                                Sybil L. Dunlop

cc:    All Counsel of Record (via ECF)

s/ Sharon S. Almonrode (w/ consent)

Sharon S. Almonrode
Lead Counsel for Plaintiffs
The Miller Law Firm, P.C.
950 West University Drive
Rochester, MI 48307
248-841-2200

222 South Ninth Street, Suite 2200, Minneapolis, MN 55402-3362
612.373.0830 *tel*   612.373.0929 *fax*   www.greeneespel.com