

Sybil L. Dunlop
612-373-8345 *direct*
sdunlop@greeneespel.com

April 1, 2024

**<u>VIA ECF</u>**

The Honorable Dulce J. Foster
United States District Court
District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

    Re:    *Shukai Chen, et al. v. Target Corporation*
               Court File No. 21-cv-1247 DWF/DJF

Dear Magistrate Judge Foster:

     Under your March 1, 2024 Order (ECF No. 194), the parties write to provide the Court with this joint report on the status of finalizing the settlement. The parties' counsel have agreed to the language of the settlement agreement and await final approval from their clients. The parties request an additional 30 days to effectuate the agreement and file dismissal papers. The parties anticipate that the dismissal papers will include stipulations to dismiss certain Plaintiffs' claims, as well as an unopposed motion to dismiss non-responsive Plaintiffs' claims. The parties expect this to be their last request for additional time.

                                          Very truly yours,

                                          s/ Sybil L. Dunlop

                                          Sybil L. Dunlop

SLD:jak