UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Shukai Chen, et al., | Civil No. 21-1247 (DWF/DJF) |
| Plaintiffs, | |
| v. | ORDER FOR DISMISSAL WITH PREJUDICE |
| Target Corporation, | |
| Defendant. | |

Based upon the Stipulation of Voluntary Dismissal with Prejudice filed by the parties on May 1, 2024, (Doc. No. [198]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** as to Plaintiffs Keppie Moore, John Turek, Robin Prebe, Jewel Mitchell, Darrell Sandifer, Thelma Brown, Scott Dunham, Laurie Williams, Shirley Wiley, Shanequa Morris, Robert Diehl, Angela Wilczynski, Katrina Bailey, Christina Lira Porcho, Simone Israel (aka Celeb Rogers).  Each party shall bear its own attorneys' fees, costs, and expenses.

Dated:  May 2, 2024            s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge